

2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411 · 561.429.3619

September 17, 2018

**VIA ELECTRONIC MAIL**
samosanyc@gmail.com

Niklesh Parekh
4683 Summeroak Street, Ste. 2105
Orlando, FL 32835

    Re: *Parekh v. CBS Corporation, et al.,*
       Case No. 6:18-cv-466, U.S. District Court, Middle District of Florida (Orlando)

Dear Mr. Parekh:

    Attached please find a Department of Justice Form DOJ-361 for your completion and execution. As you know, your Complaint in the above-referenced action concerns the solicitation of funds by Vedoutie Hoobraj a/k/a Shivonie Deokaran ("Deokaran") under the false pretenses of being a terminally ill cancer patient. As a result, you have directly placed in issue information maintained by the U.S. Government, specifically the Federal Bureau of Investigation, the Office of the United States Attorneys and related agencies concerning the fraud. We will be requesting records from these government entities in relation to you and Deokaran. Please complete and execute the attached form to facilitate our request for records from the federal government.

    Please forward the completed form to my office by September 21, 2018. If I do not receive the form by September 20, 2018, I will presume you have refused to cooperate and will proceed with seeking the proper relief from the Court.

    Thank you for your cooperation.

                                                                    Sincerely,

                                                                    Shullman Fugate PLLC

                                                                    Deanna K. Shullman
                                                                    dshullman@shullmanfugate.com

Attachments

| U.S Department of Justice | **Certification of Identity** |  |

FORM APPROVED OMB NO.
1103-0016 EXPIRES 05/31/2020

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   Niklesh Parekh

Citizenship Status [2]   United States          Social Security Number [3]

Current Address   4683 Summeroak Street, Suite 2105 Orlando, FL 32835

Date of Birth _____   Place of Birth _____

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Shullman Fugate PLLC, 2101 Vista Parkway, Ste. 4006, West Palm Beach, FL 33411

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____   **Date** _____

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361