IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NIKLESH PAREKH,            Case No.: 6:18-cv-466-Orl-PBG-TBS

   Plaintiff,

vs.

CBS CORPORATION d/b/a CBS NEWS,
and BRIAN CONYBEARE,

   Defendants.
_____/

**NOTICE OF FILING DISCOVERY MATERIALS IN SUPPORT OF
DEFENDANTS' DISPOSITIVE MOTION FOR SUMMARY JUDGMENT**

Defendants CBS Corporation d/b/a CBS News[1] ("CBS") and Brian Conybeare (collectively, "Defendants") hereby file the following in support of their Dispositive Motion for Summary Judgment ("the Motion"):

- Exhibit A, containing excerpts of Plaintiff's deposition taken on December 7, 2018. Specifically, Defendants direct the Court to the following: p. 9:9-15; p. 30:15-17; p. 35:10-25; p. 36:19-37:21; p. 42:4-45:2; p. 46:8-25; p. 48:6-49:19; p. 52:3-54:10; p. 64:17-25; p. 65:4-15; p. 67:2-68:25; p. 73:5-74:25; p. 75:15-78:5; p. 88:25-89:17; p. 93:10-13; p. 94:6-95:3; p. 96:18-24; p. p. 97:8-100:11; p. 104:4-6; p. 108:2-25; p. 126:2-24; p. 127:9-21; p. 140:24-25; p. 148:15-149:25; p. 150:18-151:6; p. 152:22-153:1-3; p. 155:2-157:10; p. 160:21-23; p. 163:19-25; p. 167:2-21; p. 168:9-25; p. 169:3-170:13; p.

---

[1] Although Plaintiff has sued CBS Corporation, the proper party in this action is CBS Broadcasting Inc.

172:5-7; p. 177:15-18; p. 181:7-182:9; p. 183:19-184:5; p. 185:22-25; p. 190:3-7; p. 296:2-13; p. 297:2-21; p. 298:19-22; p. 299:1-21; p. 327:22-328:11;

- Exhibit B, containing relevant excerpts and exhibits from Plaintiff's Responses and Objections to Defendant CBS' First Set of Interrogatories, dated September 13, 2018.

Dated: December 20, 2018

                                    Respectfully Submitted,

SHULLMAN FUGATE PLLC
*/s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 0514462
Giselle M. Girones
Florida Bar No. 124373
2101 Vista Parkway, Suite 4006
West Palm Beach, FL  33411
Tel: (561) 429-3619
dshullman@shullmanfugate.com
ggirones@shullmanfugate.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served via U.S. Mail and Electronic Mail on December 20, 2018 on the individual in the below service list.

                                    */s/ Deanna K. Shullman*
                                    Deanna K. Shullman

3

**SERVICE LIST**

Plaintiff, *pro se*:

Nikhlesh Parekh
samosanyc@gmail.com
4683 Summeroak Street, Suite 2105
Orlando, FL 32835
Telephone:  914-305-0338