# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

NIKLESH PAREKH,                                          Case No.:  6:18-cv-466-Orl-PBG-TBS

   Plaintiff,

vs.

CBS CORPORATION d/b/a CBS NEWS,
and BRIAN CONYBEARE,

   Defendants.
_____/

### DECLARATION OF DEANNA K. SHULLMAN

I, Deanna K. Shullman, declare as follows:

1. I am over the age of 18 and I have personal knowledge of the facts set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email message I received from Plaintiff Nikhlesh Parekh on September 26, 2018.

3. Attached hereto as Composite Exhibit 2 is a true and correct copy of Certified Public Records from the Village of Ardsley Police Department obtained after a request for records concerning Plaintiff Nikhlesh Parekh.

4. Attached hereto as Exhibit 3 is a true and correct copy of the article referenced in Exhibit A of Plaintiff's Complaint, titled "Woman Given 18 Months to Live – And Might Also Lose Her Best Friend" published on August 20, 2015 and available at https://www.thedodo.com/woman-cancer-might-lose-dog-1304596919.html.

5. Attached hereto as Exhibit 4 is a true and correct copy of an article published by *The Journal News*, part of the *USA Today* Network, titled "Ardsley Police Investigate Cancer Fundraiser" published on March 25, 2016, and found at

https://www.lohud.com/story/news/2016/03/25/ardsley-police-investigate-cancer-mom-fundraiser/82121546/.

6. Attached hereto as Composite Exhibit 5 are true and correct copies of pleadings found in the matter styled *Hoobraj v. Parekh*, Case No. 2017-DR-002164-O, in the Ninth Judicial Circuit, Orange County, Florida.

7. Attached hereto as Composite Exhibit 6 are true and correct copies of emails Plaintiff forwarded to the Village of Ardsley Police Department, which were contained in pleadings found in the matter styled *U.S. v. Hoobraj*, Case No. 7:18-CR-00025, in the Southern District of New York.

8. Attached hereto as Composite Exhibit 7 are true and correct copies of the following articles:

- "Shivonie Deokaran Timeline" dated March 25, 2016 and available at https://www.lohud.com/story/news/investigations/2016/03/25/shivonie-deokaran-timeline/82210938/

- "Police Investigating Fundraising Efforts of Woman Claiming to Have Terminal Cancer," dated March 28, 2016 and available at https://www.insideedition.com/headlines/15528-police-investigating-fundraising-efforts-of-woman-claiming-to-have-terminal-cancer

- "Single Mom of Two 'Fakes Terminal Cancer to Scam Community Out of $60k and Even a Therapy Dog Before Skipping Town'" dated March 29, 2016 and available at https://www.dailymail.co.uk/news/article-3514157/Single-mom-two-fakes-having-just-18-months-live-cancer-scam-community-60k-skipping-town.html

- "How Shivonie Deokaran Faked Terminal Cancer to Scam $60k" dated March 30, 2016 and available at https://scallywagandvagabond.com/2016/03/how-shivonie-deokaran-faked-terminal-cancer-to-scam-60k/

- "Guyanese Woman Under Fire for 'Fake' Cancer Claim" dated March 31, 2016 and available at https://www.kaieteurnewsonline.com/2016/03/31/guyanese-woman-under-fire-for-fake-cancer-claim/

- "Possibly Fake Cancer Patient Snags $60,000 in Fundraiser Cash and Skips Town" dated April 7, 2016 and available at http://gofraudme.com/fake-cancer-patient-snags-fundraisers-skips-town/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2018.

*[signature]*
Deanna K. Shullman
Florida Bar No. 514462