IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NIKLESH PAREKH,                                                    Case No.:  6:18-cv-466-Orl-PBG-TBS

    Plaintiff,

vs.

CBS CORPORATION d/b/a CBS NEWS
and BRIAN CONYBEARE,

    Defendants.
_____/

## DECLARATION OF MARY CATHERINE TISCHLER

I, Mary Catherine Tischler, declare as follows:

1.      My name is Mary Catherine Tischler.  I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2.      I am Vice President and Associate General Counsel for CBS Corporation ("CBS"), a media company that creates and distributes content across multiple platforms, including local television.  I have been employed by CBS since 2006 and in my current position since 2016.

3.      CBS is the ultimate parent company of CBS Broadcasting Inc. ("CBI"), which owns and operates WCBS-TV, WCBS' Facebook page, and the domain name https://newyork.cbslocal.com.

4.      CBI maintains its own corporate purpose whose acts are not dependent upon or directly controlled by CBS.  Though related, CBS does not exercise control over CBI to evade liability, mislead investors, or perpetrate some other improper conduct or fraud.

5.      CBI is the publisher of both the broadcast and online version of the news report titled "Ex-Boyfriend Says Westchester Woman Lied About Having Cancer in Scam" published on April 2, 2017 ("the News Report").  CBS did not publish the broadcast or online version of the News Report.

6.      Brian Conybeare ("Conybeare"), the reporter who authored the News Report, was employed by CBI from November 30, 2015 to December 14, 2017.  During this time, CBI did not provide Conybeare with either a business or personal Facebook account.

7.      CBI also did not authorize, and never has authorized, Conybeare to accept service by any means of any notice, or any other legal process, on its behalf or on behalf of any other CBS Corporation entity. Specifically and without exclusion, CBI did not authorize Conybeare to accept service of statutory pre-suit notices pursuant to Chapter 770, Florida Statutes, by Facebook message or email or by any other means in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2018.

Mary Catherine Tischler
Vice President and Associate General Counsel for
CBS Corporation